In the Matter of the Application of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Lands Required for Approaches to the Bridge over the Spuyten Duyvil and Port Morris Railroad.

EDWIN B. SHELDON, as Administrator with the Will Annexed and Trustee of an Unexecuted Trust under the Will of WILLIAM B. OGDEN, Deceased, Respondent.

*Matter of City of New York* (*Spuyten Duyvil Bridge*), 144 App. Div. 447, affirmed.
(Argued November 20, 1911; decided December 5, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 16, 1911, which modified and affirmed as modified an order of Special Term confirming the report of commissioners of estimate and assessment in condemnation proceedings.

*Archibald R. Watson, Corporation Counsel* (*Joel J. Squier* and *Edward F. Reynolds* of counsel), for appellant.

*John C. Shaw* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.